| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MICHAEL PETRIK, Jr., #177913 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant |
| | MARIO ALBERTO CABRERA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-239 JAM |
| Plaintiff, | ) ) | STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE; |
| v. | ) ) | EXCLUDE TIME |
| MARIO ALBERTO CABRERA, | ) ) | Date: January 15, 2019 |
| Defendant. | ) ) | Time: 9:15 a.m. Judge: Hon. John A. Mendez |
| | ) ) ) | |

The parties stipulate, through respective counsel, that the Court should reschedule this case for status conference on February 26, 2019, at 9:15 a.m.

Defense counsel requires additional time to review discovery, to examine possible defenses, and to continue investigating the facts of the case. Additional time is necessary to confer with client about how to proceed with case.

For these reasons, counsel and the defendant agree that the Court should exclude the time from the date the parties stipulated through February 26, 2019, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.

/ / /

/ / /

Stipulation to Continue -1-

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: January 14, 2019

HEATHER E. WILLIAMS
Federal Defender

*/s/ M. Petrik*
MICHAEL PETRIK, Jr.
Assistant Federal Defender
Attorney for MARIO ALBERTO CABRERA

DATED: January 14, 2019

MCGREGOR W. SCOTT
United States Attorney

*/s/ James Conolly*
JAMES CONOLLY
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on February 26, 2019, at 9:15 a.m.  The Court orders the time from the date of the parties stipulation, up to and including February 26, 2019, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

DATED: January  14, 2019

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge