HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814-2512
Tel: 916-498-5700/Fax: 916-498-5710
heather_williams@fd.org

Attorney for Defendant
MARIO ALBERTO CABRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-239 JAM |
|---|---|---|
| Plaintiff, | ) ) | **MOTION TO WITHDRAW THE FEDERAL DEFENDER AND O R D E R GRANTING WITHDRAWAL AND APPOINTING COUNSEL** |
| vs. | ) ) ) | |
| MARIO ALBERTO CABRERA, | ) ) | |
| Defendant. | ) ) ) | |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel. The Federal Defender, appointed since the Initial Appearance, is unable to continue representing the defendant and moves to withdraw from representation and have Kresta Daly, who is willing to accept appointment, appointed effective February 7, 2019.

DATED: February 8, 2019                         HEATHER E. WILLIAMS
                                                Federal Defender

                                                /s/ Heather E. Williams
                                                HEATHER E. WILLIAMS
                                                Federal Defender

**O R D E R**

Upon the Federal Defender's Motion and good cause appearing, IT IS HEREBY ORDERED granting the Federal Defender's Motion to Withdraw and appointing Kresta Daly, effective February 7, 2019.

DATED: 2/8/2019                                 /s/ John A. Mendez
                                                HON. JOHN A. MENDEZ
                                                United States District Court Judge

1