Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
2810 Fifth Street
Davis, California 95618
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
Mario Cabrera

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO CABRERA,<br><br>Defendant. | Case No. 2:18-CR-00239-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Judge: Honorable John A. Mendez. |

**STIPULATION**

1. By previous order this case was set for status conference on February 26, 2019.

2. By this stipulation, the defendant asks to move the status conference until April 23, 2019 at 9:15 a.m. and to exclude time between February 26, 2019 and April 23, 2019 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    (a) The government has represented that the discovery associated with this case includes law enforcement reports, photographs and several hours of audio and video recordings. All of this discovery has been or will be produced directly to counsel and/or made available for inspection and copying.

    (b) Counsel for the defendant desires additional time to consult with their clients, review the discovery, conduct investigation and otherwise prepare for trial.

///

(c) Counsel for the defendant believes failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

(d) The government does not object to the continuance.

(e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

(f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of February 26, 2019 to April 23, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

Dated:  February 22, 2019.         Respectfully submitted,

By  /s/ Kresta Nora Daly for
    JAMES CONNOLY
    ASSISTANT UNITED STATE ATTORNEY

Dated:  February 22, 2019.         BARTH DALY LLP

By  /s/ Kresta Nora Daly
    KRESTA NORA DALY
    Attorneys for MARIO CABRERA

| | |
|---|---|
| 1 | **ORDER** |
| 2 | GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered: |
| 3 | The status conference of February 26, 2019 is vacated. The status conference will be reset |
| 4 | for April 23, 2019. The Court finds excludable time through April 23, 2019 under Title 18, |
| 5 | United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of |
| 6 | counsel. The Court finds that the interests of justice are best served by granting the request and |
| 7 | outweigh the interests of the public and the defendant in a speedy trial. (18 U.S.C. |
| 8 | § 3161(h)(7)(A), (h)(7)(B)(iv).) |
| 9 | **IT IS SO ORDERED.** |
| 10 | Dated: 2/22/2019 |

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA