1  Kresta Nora Daly, SBN 199689
   **BARTH DALY LLP**
2  PO Box F
   Winters, California 95694
3  Telephone: (916) 440-8600
   Facsimile:  (916) 440-9610
4  Email:  kdaly@barth-daly.com

5  Attorneys for Defendant
   MARIO CABRERA

6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| 10 | UNITED STATES OF AMERICA, | Case No. 2:18-CR-00239-JAM |
|---|---|---|
| 11 | Plaintiff, | |
| 12 | v. | **STIPULATION AND ORDER** |
| 13 | MARIO CABRERA, | Judge: Honorable John A Mendez. |
| 14 | Defendant. | |

18   The parties request to vacate Mr. Cabrera's current sentencing date and reset his

19  sentencing for March 1, 2022.

20   The parties further wish to reset the dates for disclosures and objections pertaining to the

21  Presentence Report as follows:

22   Draft Report Disclosed to Counsel                 January 18, 2022

23   Informal Objections Due to Probation              February 1, 2022

24   Final Presentence Report                          February 8, 2022

25   Formal Obejections to Presentence Report          February 15, 2022

26   Reply or Statement of Non-Opposition              February 22, 2022

1  November 22, 2021

2                                      /s/ Kresta Daly for
3                                      James Conolly
                                       Assistant United States Attorney

4

5  November 22, 2021

6

7                                       /s/ Kresta Daly
                                        Kresta Daly
8                                       Attorney for Defendant Mario Cabrera

**O R D E R**

Good cause appearing Mario Cabrera's sentencing is reset to **March 1, 2022**, **at 9:30 a.m**. Dates for disclosures and objections pertaining to the Presentence Report are reset as follows:

| | |
|---|---|
| Draft Report Disclosed to Counsel | January 18, 2022 |
| Informal Objections Due to Probation | February 1, 2022 |
| Final Presentence Report | February 8, 2022 |
| Formal Objections to Presentence Report | February 15, 2022 |
| Reply or Statement of Non-Opposition | February 22, 2022 |

Dated: November 23, 2021          /s/ John A. Mendez
                                                THE HONORABLE JOHN A. MENDEZ
                                                UNITED STATES DISTRICT COURT JUDGE